UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAMELA HILL,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ATLANTA,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:21-CV-05087-JPB |

## ORDER

This matter is before the Court on the parties' Joint Notice of Settlement [Doc. 43].  In light of the settlement and for docket management purposes, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case. Administrative closure will not prejudice the rights of the parties to this litigation in any manner or preclude the filing of documents.  If settlement negotiations fail, the parties need only file a motion to reopen the case within the time period covered by this Order.

The parties are **ORDERED** to file the appropriate documents to dispose of this case within sixty days.  Absent an extension or further order of the Court,

if no request to reopen the case is made within the sixty days, the Court may dismiss the case with prejudice.

**SO ORDERED** this 11th day of October, 2022.

_____
J. P. BOULEE
United States District Judge